1   In violation of the Federal labor code
2   section 1182.8 "Resident Apartment Manager
3   employer agreement set."
4
5   NOTE:   Exibit 1 (one) through 6 (six) documenting
6   Federal labor Code Section 1182.8
7
8       Exibit 7 (seven) declares dishonored Federal
9   labor law section 1182.8 "Resident Apartment Manager
10  employer agreement set."
11      1. Payroll, 1997 Budget comparisons
12  explanation heading "Management Expenses"
13  Manager's Rent.
14
15
16  ADR
17
18  C08 00972
19
20  CIPVT
21                                              PVT
22
23
24
25                              RICHARD W. WIEKING
26                              CLERK
27                              U.S. DISTRICT COURT
28                              NO. DIST OF CA S.J

                                2008 FEB 15 P 1:30

                                FILED

                                        IFP
                                        NP
                                        (8)

Exhibit A

In violation of the federal labor code section 1182.8 "Resident Apartment Manager Employer agreement set." See attached exhibit 1 through 6

Please note that the resident manager was charged full market rate for apartment.

| Dates violation occurred | Market rate charged | legal rate by sec 1182.8 | over charge to resident manager per month | # of month | Total of over charge |
|---|---|---|---|---|---|
| 6/1/97 - 3/1/2000<br>6-97 - 98 12<br>99 12<br>2001 1<br>25 mo | $1240. — | $324.70 | = 915.30 | X 25 mo | = 22,882.50 |
| 3/1/2000 - 3/1/2001<br>3/1 — 12 mo | $1380. — | $324.70 | = 1,055.30 | X 12 mo | = 12,663.60 |
| 3/1/2001 - 6/1/2003<br>3-01 - 2-02 12<br>3-02 - 2-03 12<br>3-03 - 5-03 2<br>26 | $1500. — | $381.20 | = 1,118.80 | X 26 mo | 29,088.80 |

64,634.90

**Earnings Statement**

  ADP®

HARRINGTON PROPERTIES
*105 FREMONT AVENUE, SUITE B*
*LOS ALTOS, CA 94022*

Period Ending:    08/31/1998
Pay Date:    08/31/1998

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   State:    1

SANDRA BEAUCHAMP
999 W HAMILTON AVE
#91
CAMPBELL CA 95008

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | |
| Regular | 2000.00 | 164.00 | | |
| B | | | 1,240.00* | |
| **Gross Pay** | | | **$3,240.00** | 18,480.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -233.13 | 1,865.04 |
| | Social Security Tax | -124.00 | 992.00 |
| | Medicare Tax | -29.00 | 232.00 |
| | CA State Income Tax | -46.13 | 369.04 |
| | CA SUI/SDI Tax | -10.00 | 80.00 |
| | **Other** | | |
| | Check | -1,557.74 | |
| | Rent | -1,240.00 | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

( Your federal taxable wages this period are
$2,000.00 )

---

THIS BLUE AREA OF THE DOCUMENT CHANGES SHADE GRADUALLY AND EVENLY WITH THE DARKER AREA ON TOP. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

© 1991 ADP, Inc

THIS IS NOT A CHECK

HARRINGTON PROPERTIES
105 FREMONT AVENUE, SUITE B
LOS ALTOS, CA 94022

Advice number:    00000350005
Pay date:    08/31/1998

Deposited to the account of
SANDRA BEAUCHAMP

account number    transit ABA    amount
0339548208    1210 0024    $1,557.74

**NON-NEGOTIABLE**

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| Appliances-Repair | 47 | 100 | 53 | 52.95 | 1,376 | 1,200 | -176 | -14.70 | 1,200 |
| Paint-Lbr-Interior | 1,475 | 0 | -1,475 | | 7,738 | 0 | -7,738 | | 0 |
| Paint-Supp-Interior | 507 | 167 | -340 | -204.10 | 3,047 | 2,000 | -1,047 | -52.34 | 2,000 |
| Apartment Cleaning | 695 | 417 | -278 | -66.80 | 3,274 | 5,000 | 1,726 | 34.52 | 5,000 |
| Repair-Lbr-Interior | 2,233 | 667 | -1,567 | -235.02 | 21,627 | 8,000 | -13,627 | -170.34 | 8,000 |
| Repair-Supp-Interior | 2,547 | 1,250 | -1,297 | -103.73 | 29,487 | 15,000 | -14,487 | -96.58 | 15,000 |
| Small Tools - Interior | 0 | 0 | 0 | | 528 | 0 | -528 | | 0 |
| **Total Interior Expenses** | 14,808 | 4,550 | -10,258 | -225.46 | 100,147 | 54,600 | -45,547 | -83.42 | 54,600 |
| | | | | | | | | | |
| **MAINT/REPAIRS-EXTERIOR** | | | | | | | | | |
| Landscaping/Grounds-SUPP | 5,000 | 1,500 | -3,500 | -233.33 | 5,436 | 18,000 | 12,564 | 69.80 | 18,000 |
| Pool | 440 | 300 | -140 | -46.57 | 2,320 | 3,600 | 1,280 | 35.55 | 3,600 |
| Repair-Lbr-Exterior | 0 | 333 | 333 | 100.00 | 35,986 | 4,000 | -31,986 | -799.64 | 4,000 |
| Repair-Supp-Exterior | 0 | 333 | 333 | 100.00 | 5,026 | 4,000 | -1,026 | -25.65 | 4,000 |
| Paint-Supp-Exterior | 106 | 0 | -106 | | 1,649 | 0 | -1,649 | | 0 |
| Paint-Lbr-Exterior | 0 | 0 | 0 | | 220 | 0 | -220 | | 0 |
| Small Tools - Exterior | 0 | 0 | 0 | | 176 | 0 | -176 | | 0 |
| Landscaping/Grounds-LBR | 1,220 | 0 | -1,220 | | 8,666 | 0 | -8,666 | | 0 |
| **Total Exterior Expenses** | 6,766 | 2,467 | -4,299 | -174.28 | 59,479 | 29,600 | -29,879 | -100.94 | 29,600 |
| | | | | | | | | | |
| **OFFICE EXPENSES** | | | | | | | | | |
| Furniture/Equipment | 0 | 0 | 0 | | 595 | 0 | -595 | | 0 |
| Telephone | 0 | 100 | 100 | 100.00 | 584 | 1,200 | 616 | 51.30 | 1,200 |
| Pager | 26 | 0 | -26 | | 196 | 0 | -196 | | 0 |
| Office Supplies | 74 | 50 | -24 | -47.60 | 3,868 | 600 | -3,268 | -544.59 | 600 |
| Fin./Late/Serv. Chrg | 0 | 0 | 0 | | 44 | 0 | -44 | | 0 |
| Postage | 0 | 25 | 25 | 100.00 | 189 | 300 | 111 | 37.01 | 300 |
| Advertising | 960 | 1,000 | 40 | 4.00 | 7,562 | 12,000 | 4,438 | 36.98 | 12,000 |
| Credit Reports | 126 | 150 | 24 | 16.00 | 840 | 1,800 | 961 | 53.36 | 1,800 |
| Furniture Rent | 2,928 | 0 | -2,928 | | 2,928 | 0 | -2,928 | | 0 |
| Deposit Refunds | 853 | 1,000 | 147 | 14.70 | 9,134 | 12,000 | 2,866 | 23.88 | 12,000 |
| Taxes and Licenses | 0 | 0 | 0 | | 1,060 | 0 | -1,060 | | 0 |
| Legal-Accounting | 0 | 125 | 125 | 100.00 | 0 | 1,500 | 1,500 | 100.00 | 1,500 |
| Travel Expense | 0 | 0 | 0 | | 6 | 0 | -6 | | 0 |
| Security | 0 | 0 | 0 | | 1,400 | 0 | -1,400 | | 0 |
| **Total Office Expenses** | 4,967 | 2,450 | -2,517 | -102.74 | 28,406 | 29,400 | 994 | 3.38 | 29,400 |
| | | | | | | | | | |
| **MANAGEMENT EXPENSES** | | | | | | | | | |
| Manager's Rent | 2,340 | 1,250 | -1,090 | -87.20 | 10,740 | 15,000 | 4,260 | 28.40 | 15,000 |
| Management Fee/Expense | 0 | 0 | 0 | | 3,000 | 0 | -3,000 | | 0 |
| Payroll-Managers | 3,200 | 4,400 | 1,200 | 27.27 | 29,296 | 52,800 | 23,504 | 44.51 | 52,800 |
| Office Assistant | 468 | 0 | -468 | | 2,392 | 0 | -2,392 | | 0 |
| Medical Insurance | 120 | 150 | 30 | 20.24 | 598 | 1,800 | 1,202 | 66.77 | 1,800 |
| Overhead | 3,000 | 3,000 | 0 | 0.00 | 18,000 | 36,000 | 18,000 | 50.00 | 36,000 |
| **Total Mgmt Expenses** | 9,128 | 8,800 | -328 | -3.72 | 64,026 | 105,600 | 41,574 | 39.37 | 105,600 |

# BUDGET COMPARISON - The Greenery Apartments
## December, 1997

PREPARED FOR :
THOMAS E HARRINGTON
105 Fremont Avenue, Suite B
Los Altos, CA  94022

PREPARED BY :
HARRINGTON PROPERTY
MANAGEMENT
105 Fremont Avenue
Los Altos, CA  94022

--------------------------------------------------------------------

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | |
| Rent | 129,029 | 112,320 | 16,709 | 14.88 | 883,464 | 1,347,840 | -464,376 | -34.45 | 1,347,840 |
| Deposit | 3,900 | 1,920 | 1,980 | 103.13 | 28,500 | 23,040 | 5,460 | 23.70 | 23,040 |
| Pet Deposit | -385 | 0 | -385 | | 2,615 | 0 | 2,615 | | 0 |
| Application Fee | 200 | 0 | 200 | | 1,297 | 0 | 1,297 | | 0 |
| Late Fee | 225 | 0 | 225 | | 2,375 | 0 | 2,375 | | 0 |
| NSF Check Fee | 45 | 0 | 45 | | 630 | 0 | 630 | | 0 |
| Administrative Fee | 0 | 0 | 0 | | 45 | 0 | 45 | | 0 |
| Move-In/Transfer Fee | 0 | 0 | 0 | | 45 | 0 | 45 | | 0 |
| Laundry | 1,020 | 672 | 348 | 51.71 | 4,919 | 8,064 | -3,145 | -39.00 | 8,064 |
| Soda Machine | 52 | 0 | 52 | | 181 | 0 | 181 | | 0 |
| Furn. Rent Reimbursement | 0 | 0 | 0 | | 2,405 | 0 | 2,405 | | 0 |
| Total Income | 134,085 | 114,912 | 19,173 | 16.69 | 926,476 | 1,378,944 | -452,468 | -32.81 | 1,378,944 |
| **ENSES** | | | | | | | | | |
| Real Estate Taxes - Paid | 49,063 | 10,667 | -38,396 | -359.96 | 49,063 | 128,000 | 78,937 | 61.67 | 128,000 |
| Real Estate Taxes - Res. | -42,668 | 0 | 42,668 | | 0 | 0 | 0 | | 0 |
| Insurance - Fire | 0 | 1,533 | 1,533 | 100.00 | 0 | 18,400 | 18,400 | 100.00 | 18,400 |
| Insurance - Workman Comp | 384 | 250 | -134 | -53.56 | 3,402 | 3,000 | -402 | -13.39 | 3,000 |
| Pest Control | 0 | 0 | 0 | | 354 | 0 | -354 | | 0 |
| **Utilities** | | | | | | | | | |
| Electric - Staff | 100 | 125 | 25 | 20.00 | 330 | 1,500 | 1,170 | 77.99 | 1,500 |
| Electric - House | 2,062 | 750 | -1,312 | -174.93 | 7,503 | 9,000 | 1,497 | 16.63 | 9,000 |
| Electric - Tenant | 4 | 125 | 121 | 96.66 | 186 | 1,500 | 1,314 | 87.62 | 1,500 |
| Gas     - House | 934 | 1,250 | 316 | 25.25 | 8,660 | 15,000 | 6,340 | 42.27 | 15,000 |
| Water   - House | 1,153 | 1,250 | 97 | 7.72 | 9,506 | 15,000 | 5,494 | 36.63 | 15,000 |
| Sewer   - House | 969 | 1,867 | 898 | 48.10 | 8,437 | 22,400 | 13,963 | 62.34 | 22,400 |
| Garbage - House | 2,250 | 2,167 | -83 | -3.83 | 13,782 | 26,000 | 12,218 | 46.99 | 26,000 |
| Total Utility Expense | 7,472 | 7,533 | 61 | .81 | 48,404 | 90,400 | 41,996 | 46.46 | 90,400 |
| **MAINT/REPAIRS-INTERIOR** | | | | | | | | | |
| Window Coverings - New | 110 | 250 | 140 | 55.86 | 1,706 | 3,000 | 1,294 | 43.13 | 3,000 |
| Window Coverings - Clean | 67 | 0 | -67 | | 901 | 0 | -901 | | 0 |
| Carpets/Floors-New | 1,680 | 833 | -846 | -101.58 | 12,086 | 10,000 | -2,086 | -20.86 | 10,000 |
| Carpets-Cleaning | 220 | 200 | -20 | -10.00 | 2,604 | 2,400 | -204 | -8.50 | 2,400 |
| Appliances-New | 5,228 | 667 | -4,561 | -684.14 | 15,773 | 8,000 | -7,773 | -97.16 | 8,000 |

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL EXPENSES | 49,919 | 38,250 | -11,669 | -30.51 | 353,280 | 459,000 | 105,720 | 23.03 | 459,000 |
| NET OPERATING INCOME | 84,166 | 76,662 | 7,504 | 9.79 | 573,195 | 919,944 | -346,749 | -37.69 | 919,944 |
| OTHER PAYMENTS | | | | | | | | | |
| Mortgage - 1 | 61,549 | 61,500 | -49 | -.08 | 307,745 | 738,000 | 430,255 | 58.30 | 738,000 |
| Improvements | 0 | 0 | 0 | | 3,096 | 0 | -3,096 | | 0 |
| TOTAL OTHER PAYMENTS | 61,549 | 61,500 | -49 | -.08 | 310,841 | 738,000 | 427,159 | 57.88 | 738,000 |
| CASH FLOW | 22,617 | 15,162 | 7,455 | 49.17 | 262,355 | 181,944 | 80,411 | 44.20 | 181,944 |
| 1997 Owner Deposit | 0 | 0 | 0 | | 100 | 0 | 100 | | 0 |
| -1997 Owner Draw | -22,200 | 0 | 22,200 | | -252,200 | 0 | 252,200 | | 0 |

BEGINNING BALANCE          9,837.76
ENDING BALANCE            10,255.04

BUDGET COMPARISON — The Greeley Apartments
March, 1999

04/06/99
10:15 AM

PREPARED FOR :
    THOMAS E HARRINGTON
    105 Fremont Avenue, Suite B
    Los Altos, CA  94022

PREPARED BY :
    HARRINGTON PROPERTY
    MANAGEMENT
    105 Fremont Avenue
    Los Altos, CA  94022

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | |
| Rent | 143,551 | 139,500 | 4,051 | 2.90 | 421,697 | 418,500 | 3,197 | .76 | 1,674,000 |
| Discounts Given | -300 | 0 | -300 | | -700 | 0 | -700 | | 0 |
| Deposit | 2,100 | 2,800 | -700 | -25.00 | 8,700 | 8,400 | 300 | 3.57 | 33,600 |
| Pet Deposit | 300 | 300 | 0 | 0.00 | 2,730 | 900 | 1,830 | 203.33 | 3,600 |
| Application Fee | 140 | 150 | -10 | -6.67 | 300 | 450 | -150 | -33.33 | 1,800 |
| Late Fee | 405 | 250 | 155 | 62.00 | 765 | 750 | 15 | 2.00 | 3,000 |
| NSF Check Fee | 0 | 0 | 0 | | 90 | 0 | 90 | | 0 |
| Administrative Fee | 0 | 0 | 0 | | 175 | 0 | 175 | | 0 |
| Move-In/Transfer Fee | 0 | 0 | 0 | | 400 | 0 | 400 | | 0 |
| Laundry | 2,070 | 1,000 | 1,070 | 106.95 | 3,351 | 3,000 | 351 | 11.69 | 12,000 |
| Notes Receivable | 0 | 0 | 0 | | 375 | 0 | 375 | | 0 |
|    Total Income | 148,265 | 144,000 | 4,265 | 2.96 | 437,883 | 432,000 | 5,883 | 1.36 | 1,728,000 |
| **EXPENSES** | | | | | | | | | |
| Taxes - Real Estate(Paid) | 454 | 10,670 | 10,216 | 95.74 | 454 | 32,010 | 31,556 | 98.58 | 128,040 |
| Taxes - Real Estate(Res) | 10,667 | 0 | -10,667 | | 32,001 | 0 | -32,001 | | 0 |
| Ins. - Fire | 1,450 | 1,690 | 240 | 14.20 | 4,347 | 5,070 | 723 | 14.27 | 20,280 |
| Ins. - Workman Comp | 391 | 640 | 249 | 38.91 | 1,173 | 1,920 | 747 | 38.91 | 7,680 |
| Pest Control | 0 | 25 | 25 | 100.00 | 390 | 75 | -315 | -420.00 | 300 |
| **Utilities** | | | | | | | | | |
|   Elec. - Staff | 100 | 100 | 0 | 0.00 | 300 | 300 | 0 | 0.00 | 1,200 |
|   Elec. - House | 1,008 | 850 | -158 | -18.63 | 2,711 | 2,550 | -161 | -6.33 | 10,200 |
|   Elec. - Tenant | 55 | 100 | 45 | 45.19 | 408 | 300 | -108 | -36.11 | 1,200 |
|   Gas - House | 1,941 | 1,085 | -856 | -78.88 | 6,078 | 3,255 | -2,823 | -86.72 | 13,020 |
|   Water - House | 1,176 | 1,335 | 159 | 11.91 | 3,320 | 4,005 | 685 | 17.10 | 16,020 |
|   Sewer - House | 1,867 | 1,452 | -415 | -28.58 | 5,601 | 4,356 | -1,245 | -28.58 | 17,424 |
|   Garbage - House | 2,374 | 2,165 | -209 | -9.67 | 6,754 | 6,495 | -259 | -3.98 | 25,980 |
|    Total Utility Expense | 8,521 | 7,087 | -1,434 | -20.24 | 25,172 | 21,261 | -3,911 | -18.40 | 85,044 |
| **MAINT/REPAIRS-INTERIOR** | | | | | | | | | |
| Window Coverings - New | 806 | 165 | -641 | -388.59 | 1,093 | 495 | -598 | -120.74 | 1,980 |
| Window Coverings - Clean | 52 | 105 | 53 | 50.48 | 128 | 315 | 188 | 59.52 | 1,260 |
| Carpets/Floors-New | 1,724 | 1,500 | -224 | -14.93 | 6,363 | 4,500 | -1,863 | -41.40 | 18,000 |
| Carpets-Cleaning | 340 | 265 | -75 | -28.30 | 1,335 | 795 | -540 | -67.92 | 3,180 |
| Appliances-New | 2,790 | 1,330 | -1,460 | -109.79 | 4,121 | 3,990 | -131 | -3.28 | 15,960 |
| Appliances-Repair | 55 | 30 | -25 | -83.33 | 152 | 90 | -62 | -68.54 | 360 |
| Paint-Lbr-Interior | 0 | 400 | 400 | 100.00 | 880 | 1,200 | 320 | 26.67 | 4,800 |
| Paint-Supp-Interior | 0 | 210 | 210 | 100.00 | 1,377 | 630 | -747 | -118.53 | 2,520 |
| Apartment Cleaning | 120 | 275 | 155 | 56.36 | 640 | 825 | 185 | 22.42 | 3,300 |
| Janitorial-LBR | 30 | 0 | -30 | | 341 | 0 | -341 | | 0 |
| Janitorial-SUPP | 0 | 25 | 25 | 100.00 | 0 | 75 | 75 | 100.00 | 300 |

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| Repair-Lbr-Interior | 150 | 1,500 | 1,350 | 90.00 | 2,613 | 4,500 | 1,888 | 41.94 | 18,000 |
| Repair-Supp-Interior | 1,378 | 2,200 | 822 | 37.35 | 6,687 | 6,600 | -87 | -1.32 | 26,400 |
| Truck Expense | 0 | 0 | 0 | | 54 | 0 | -54 | | 0 |
| Small Tools - Interior | 0 | 50 | 50 | 100.00 | 0 | 150 | 150 | 100.00 | 600 |
| **Total Interior Expenses** | 7,446 | 8,055 | 609 | 7.56 | 25,781 | 24,165 | -1,616 | -6.69 | 96,660 |
| | | | | | | | | | |
| **MAINT/REPAIRS-EXTERIOR** | | | | | | | | | |
| Landscaping/Grounds-SUPP | 0 | 125 | 125 | 100.00 | 0 | 375 | 375 | 100.00 | 1,500 |
| Pool | 225 | 300 | 75 | 25.00 | 1,230 | 900 | -330 | -36.65 | 3,600 |
| Repair-Lbr-Exterior | 16,455 | 500 | -15,955 | -3191.04 | 17,855 | 1,500 | -16,355 | -1090.35 | 6,000 |
| Repair-Supp-Exterior | 341 | 330 | -11 | -3.44 | 848 | 990 | 142 | 14.38 | 3,960 |
| Paint-Supp-Exterior | 0 | 80 | 80 | 100.00 | 0 | 240 | 240 | 100.00 | 960 |
| Paint-Lbr-Exterior | 0 | 330 | 330 | 100.00 | 0 | 990 | 990 | 100.00 | 3,960 |
| Landscaping/Grounds-LBR | 2,050 | 2,050 | 0 | 0.00 | 6,150 | 6,150 | 0 | 0.00 | 24,600 |
| **Total Exterior Expenses** | 19,072 | 3,715 | -15,357 | -413.37 | 26,083 | 11,145 | -14,938 | -134.03 | 44,580 |
| | | | | | | | | | |
| **OFFICE EXPENSES** | | | | | | | | | |
| Furniture/Equipment | 0 | 150 | 150 | 100.00 | 0 | 450 | 450 | 100.00 | 1,800 |
| Telephone | 354 | 150 | -204 | -136.00 | 499 | 450 | -49 | -10.89 | 1,800 |
| Pager | 0 | 50 | 50 | 100.00 | 50 | 150 | 100 | 66.67 | 600 |
| Office Supplies | 240 | 150 | -90 | -59.81 | 884 | 450 | -434 | -96.34 | 1,800 |
| Fin./Late/Serv. Chrg | 14 | 0 | -14 | | 14 | 0 | -14 | | 0 |
| Postage | 0 | 25 | 25 | 100.00 | 55 | 75 | 21 | 27.33 | 300 |
| Advertising | 2,777 | 1,665 | -1,112 | -66.79 | 5,975 | 4,995 | -980 | -19.62 | 19,980 |
| Credit Reports | 196 | 125 | -71 | -56.80 | 308 | 375 | 67 | 17.87 | 1,500 |
| Deposit Refunds | 1,300 | 1,165 | -135 | -11.59 | 4,569 | 3,495 | -1,074 | -30.73 | 13,980 |
| Legal-Accounting | 60 | 150 | 90 | 60.00 | 60 | 450 | 390 | 86.67 | 1,800 |
| Travel Expense | 0 | 10 | 10 | 100.00 | 0 | 30 | 30 | 100.00 | 120 |
| Entertainment & PR | 0 | 10 | 10 | 100.00 | 0 | 30 | 30 | 100.00 | 120 |
| Education | 0 | 10 | 10 | 100.00 | 0 | 30 | 30 | 100.00 | 120 |
| **Total Office Expenses** | 4,941 | 3,660 | -1,281 | -34.99 | 12,413 | 10,980 | -1,433 | -13.05 | 43,920 |
| | | | | | | | | | |
| **MANAGEMENT EXPENSES** | | | | | | | | | |
| Manager's Rent | 2,465 | 2,465 | 0 | 0.00 | 7,395 | 7,395 | 0 | 0.00 | 29,580 |
| Payroll-Managers | 3,375 | 3,335 | -40 | -1.20 | 10,125 | 10,005 | -120 | -1.20 | 40,020 |
| Office Assistant | 240 | 400 | 160 | 40.00 | 760 | 1,200 | 440 | 36.67 | 4,800 |
| Medical Insurance | 291 | 291 | 0 | .14 | 872 | 873 | 1 | .14 | 3,492 |
| Overhead | 3,000 | 3,500 | 500 | 14.29 | 9,000 | 10,500 | 1,500 | 14.29 | 42,000 |
| **Total Mgmt. Expenses** | 9,371 | 9,991 | 620 | 6.21 | 28,152 | 29,973 | 1,821 | 6.08 | 119,892 |
| | | | | | | | | | |
| **TOTAL EXPENSES** | 62,312 | 45,533 | -16,779 | -36.85 | 155,966 | 136,599 | -19,367 | -14.18 | 546,396 |
| | | | | | | | | | |
| **NET OPERATING INCOME** | 85,953 | 98,467 | -12,514 | -12.71 | 281,917 | 295,401 | -13,484 | -4.56 | 1,181,604 |
| | | | | | | | | | |
| **OTHER PAYMENTS** | | | | | | | | | |
| Mortgage - 1 | 61,849 | 61,849 | 0 | 0.00 | 185,547 | 185,547 | 0 | 0.00 | 742,188 |
| Improvements | 0 | 2,985 | 2,985 | 100.00 | 4,520 | 8,955 | 4,435 | 49.52 | 35,820 |
| **TOTAL OTHER PAYMENTS** | 61,849 | 64,834 | 2,985 | 4.60 | 190,067 | 194,502 | 4,435 | 2.28 | 778,008 |

| | MTD Actual | MTD Budget | MTD $Var. | % | YTD Actual | YTD Budget | YTD $Var. | % | Annual |
|---|---|---|---|---|---|---|---|---|---|
| CASH FLOW | 24,104 | 33,633 | -9,529 | -28.33 | 91,851 | 100,899 | -9,048 | -8.97 | 403,596 |

Exhibit
(1)

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat      Sign Out

msn                                                                    Start now!    Search the

Hotmail      Home    Inbox    Compose    Contacts    Options  Help

sbeauchamp999@hotmail.com                    Free Newsletters | MSN Featured Offers | Find Message

[ Save Address(es) ] [ Block ]                           Previous | Next | Close

From : "Debra Carlton" <DCarlton@caanet.org>
To : <sbeauchamp999@hotmail.com>
Subject : Labor Code
Date : Wed, 23 Jul 2003 09:26:49 -0700

[ Reply ] [ Reply All ] [ Forward ] [ Delete ] [ Put in Folder... ▾ ]      Printer Friendly Version

Fed
your
se
pro

Here's the labor code section you asked for:

Labor Code Section 1182.8. No employer shall be in violation of any provision of
any applicable order of the Industrial Welfare Commission relating to credit or
charges for lodging for charging, pursuant to a voluntary written agreement, a
resident apartment manager up to two-thirds of the fair market rental value of
the apartment supplied to the manager, if no credit for the apartment is used to
meet the employer's minimum wage obligation to the manager.
Labor Commission Minimum Wage Order 2002 also sets additional caps on rent at
$381.20 for a single employee and $563.90 for a couple if the rental value is
used to meet minimum wage requirements.
If you are not required to live on site as a condition of your employment, then
these values may not apply.

*State Dept of Labor*

*San Francis and San Carlos between 2nd & 3rd St 100 Paseo De San Antonio*

MSN - More Useful Everyday

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

*Debra Carlton is with the California Apartment Associ in Sacramento*

_Exhibit_ ⑫



# RESIDENT APARTMENT MANAGER - EMPLOYER AGREEMENT SET
## (Form Set 1.2)

## Employment  Information for Apartment Owners

*days, Vacations, Severance Pay and Notice of Discharge* - Wage and Hour Laws do not require vacation or severance pay or a notice scharge. Holidays, like Sundays, are treated like any other day and time off, overtime or any other premium holiday pay is not required ss the time worked on a holiday exceeds the maximum regular hours within the workday or workweek.

*kweeks* - Workweeks can commence on different days for different employees and can be scheduled to provide experienced coverage ne employee during another employee's day off. Back-to-back workweeks are permissible to provide for 10 consecutive 8-hour days out overtime, so long as an employee does not work more than 40 hours in a workweek.

*imum Salary Test for Exemption* - Under state and federal laws, the minimum salary you must pay to exempt employees from the imum hourly wage and overtime provisions is $2,340. Under federal law, the salary for exemption cannot include the rent on the apart-t although rent may be charged separately.(An employee receiving the minimum salary for exemption must also perform executive, agement or administrative duties and exercise discretion and independent judgment. At least 51 percent (80 percent under Federal law) ie exempt employee's time must be spent on management or administrative duties as opposed to clerical or routine tasks, or manual c. Federal law also requires the exempt employee to direct the work of the equivalent of at least two full-time employees and have the er to hire and fire or to recommend hiring and firing. Generally, resident managers do not meet these requirements.)

*ue of Apartment* - When an employee or employees reside on the employer's premises as a condition of employment, the maximum athly rent that can be charged is 2/3 of the value to the general public. This is further limited by the requirement that there be a voluntary ten agreement executed between employee(s) and employer, and the following:

If the rental value is being used to meet minimum wage requirements, or is used as a credit against wages, then the maximum monthly rent that can be charged is further limited to: (1) $381.20 if the apartment is occupied by one employee, or, (2) $563.90 if two employees occupy the apartment. Where two employees occupy the apartment, the rent may be split $381.20/$182.70 or in any other manner as long as neither employee is charged more than $381.20 and the total does not exceed $563.90 for both employees.

The only taxes charged against the rent credit are California state disability taxes and California state unemployment taxes. These taxes are caculated based on two-thirds of the market value of the unit.

If the rental value is not being used to meet minimum wage requirements, and is not used as a credit against wages, there is no upper dollar limit (other than the 2/3 rule) on the maximum monthly rent that can be charged. The employee pays the rent to employer each month with cash, check, or money order, and the employer pays regular wages without off-set for lodging credit. (FICA, FUTA, and other withholding is required on all pay under this option. The total monthly wages paid to the employee must exceed the minimum wage for the hours worked by 2/3 the fair rental value of the apartment.)

*imum Wage and Overtime Rates* - This information comes from the Industrial Welfare Commission and should be periodically firmed by that Department. The minimum wage for all employees is $6.75 per hour, effective January 1, 2002. $5.75 per hour may be paid :arners (18 years of age or over with no previous experience) for the first 160 hours of employment.

arly rates and overtime premiums are:

*ny one workday (24 consecutive hours)*
First 8 hours - straight time
Over 8 hours but less than 12 - time and one-half
Over 12 hours - double time
*ny one workweek (7 consecutive 24-hour periods)*
First 40 hours - straight time if not more than 8 hours `
:ked in any workday
*the 7th day of any workweek*
First 8 hours - time and one-half
All hours over 8 - double time

Hourly rates and overtime premiums are: Time and one half for all hours worked in excess of 8 hours in a work day. Overtime premiums are based on the employee's regular rate of pay. Therefore if the employee is being paid a higher rate than the minimum wage, the higher rate is to be used in computing overtime pay.

Contact your legal counsel about possible exceptions to these rules.

*California Apartment Association Approved Form*
www.caanet.org
*Form Set 1.2 — Revised 1/03 — © 2003 — All Rights Reserved*
*Page 1 of 8*

UNAUTHORIZED REPRODUCTION
OF BLANK FORMS IS ILLEGAL




Exhibit



**Resident Managers/ Employees: Rent**

*Question:*

How much can I charge a resident manager for the unit that they occupy on the rental premises?

*Answer:*

When an employee or employees reside at the rental property as a condition of employment, the maximum monthly rent that can be charged is 2/3 the value to the general public. In cases where the rental value is used by the owner to meet minimum wage requirements or is used as a credit against wages, the monthly rent is further limited to $381.20 if the apartment is occupied by one employee or $563.90 if two employees occupy the unit. There are further limits that apply. See Resident Manager Employer Agreement, page 433, for more details.

**Resident Managers/ Employees: Requirement For**

*Question:*

When must an employee reside at an apartment complex?

*Answer:*

A person responsible for the operation of the property must reside on the premises when there are 16 or more apartment units. Only one person is required for all structures on one contiguous parcel of land and under one ownership. See page 100 for more details.

**Resident Managers/ Employees: Workers' Comp**

*Question:*

My only "employee" is a neighborhood boy who mows the lawn at my rental complex. Do I have to carry workers' compensation insurance?

*Answer:*

Yes. An owner is required by law to carry workers' compensation insurance for all employees or when hiring subcontractors who do not have proof of their own policies. See page 98 for more details.

© 2003 California Apartment Association — caanet.org



## The Greenery Apartment Homes – Unit 91
## Tenant Ledger

Sandra Beauchamp (moved out 7/31/2003)
Printed 7/25/2003

All records for this tenant ▼

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| 6/1/1997 | Rent - June | $1,240.00 | - | $1,240.00 |
| 6/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 6/11/1997 | Deposit | $0.00 | - | $0.00 |
| 6/11/1997 | Payment | - | $0.00 | $0.00 |
| 7/1/1997 | Rent - July | $1,240.00 | - | $1,240.00 |
| 7/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 8/1/1997 | Rent - August | $1,240.00 | - | $1,240.00 |
| 8/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 9/1/1997 | Rent - September | $1,240.00 | - | $1,240.00 |
| 9/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 10/1/1997 | Rent - October | $1,240.00 | - | $1,240.00 |
| 10/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 11/1/1997 | Rent - November | $1,240.00 | - | $1,240.00 |
| 11/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 12/1/1997 | Rent - December | $1,240.00 | - | $1,240.00 |
| 12/1/1997 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 1/1/1998 | Rent - January | $1,240.00 | - | $1,240.00 |
| 1/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 2/1/1998 | Rent - February | $1,240.00 | - | $1,240.00 |
| 2/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 3/1/1998 | Rent - March | $1,240.00 | - | $1,240.00 |
| 3/3/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 4/1/1998 | Rent - April | $1,240.00 | - | $1,240.00 |
| 4/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 5/1/1998 | Rent - May | $1,240.00 | - | $1,240.00 |
| 5/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 6/1/1998 | Rent - June | $1,240.00 | - | $1,240.00 |
| 6/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 7/1/1998 | Rent - July | $1,240.00 | - | $1,240.00 |
| 7/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 8/1/1998 | Rent - August | $1,240.00 | - | $1,240.00 |
| 8/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 9/1/1998 | Rent - September | $1,240.00 | - | $1,240.00 |
| 9/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 10/1/1998 | Rent - October | $1,240.00 | - | $1,240.00 |
| 10/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 11/1/1998 | Rent - November | $1,240.00 | - | $1,240.00 |
| 11/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 12/1/1998 | Rent - December | $1,240.00 | - | $1,240.00 |
| 12/1/1998 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 1/1/1999 | Rent - January | $1,240.00 | - | $1,240.00 |
| 1/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 2/1/1999 | Rent - February | $1,240.00 | - | $1,240.00 |
| 2/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 3/1/1999 | Rent - March | $1,240.00 | - | $1,240.00 |
| 3/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 4/1/1999 | Rent - April | $1,240.00 | - | $1,240.00 |
| 4/5/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 5/1/1999 | Rent - May | $1,240.00 | - | $1,240.00 |
| 5/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 6/1/1999 | Rent - June | $1,240.00 | - | $1,240.00 |

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 6/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 7/1/1999 | Rent - July | $1,240.00 | - | $1,240.00 |
| 7/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 8/1/1999 | Rent - August | $1,240.00 | - | $1,240.00 |
| 8/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 9/1/1999 | Rent - September | $1,240.00 | - | $1,240.00 |
| 9/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 10/1/1999 | Rent - October | $1,240.00 | - | $1,240.00 |
| 10/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 11/1/1999 | Rent - November | $1,240.00 | - | $1,240.00 |
| 11/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 12/1/1999 | Rent - December | $1,240.00 | - | $1,240.00 |
| 12/1/1999 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 1/1/2000 | Rent - January | $1,240.00 | - | $1,240.00 |
| 1/1/2000 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 2/1/2000 | Rent - February | $1,240.00 | - | $1,240.00 |
| 2/1/2000 | Payment - Manager's Rent | - | $1,240.00 | $0.00 |
| 3/1/2000 | Rent - March | $1,380.00 | - | $1,380.00 |
| 3/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 4/1/2000 | Rent - April | $1,380.00 | - | $1,380.00 |
| 4/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 5/1/2000 | Rent - May | $1,380.00 | - | $1,380.00 |
| 5/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 6/1/2000 | Rent - June | $1,380.00 | - | $1,380.00 |
| 6/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 7/1/2000 | Rent - July | $1,380.00 | - | $1,380.00 |
| 7/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 8/1/2000 | Rent - August | $1,380.00 | - | $1,380.00 |
| 8/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 9/1/2000 | Rent - September | $1,380.00 | - | $1,380.00 |
| 9/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 10/1/2000 | Rent - October | $1,380.00 | - | $1,380.00 |
| 10/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 11/1/2000 | Rent - November | $1,380.00 | - | $1,380.00 |
| 11/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 12/1/2000 | Rent - December | $1,380.00 | - | $1,380.00 |
| 12/1/2000 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 1/1/2001 | Rent - January | $1,380.00 | - | $1,380.00 |
| 1/1/2001 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 2/1/2001 | Rent - February | $1,380.00 | - | $1,380.00 |
| 2/1/2001 | Payment - Manager's Rent | - | $1,380.00 | $0.00 |
| 3/1/2001 | Rent - March | $1,500.00 | - | $1,500.00 |
| 3/1/2001 | Payment - Manager's Rent | - | $1,500.00 | $0.00 |
| 4/1/2001 | Rent - April | $1,500.00 | - | $1,500.00 |
| 4/9/2001 | Payment - Rent | - | $1,500.00 | $0.00 |
| 5/1/2001 | Rent - May | $1,500.00 | - | $1,500.00 |
| 5/1/2001 | Payment - Rent | - | $1,500.00 | $0.00 |
| 6/1/2001 | Rent - June | $1,500.00 | - | $1,500.00 |
| 6/6/2001 | Payment - Rent | - | $1,500.00 | $0.00 |
| 7/1/2001 | Rent - July | $1,500.00 | - | $1,500.00 |
| 7/1/2001 | Payment - Rent | - | $1,500.00 | $0.00 |
| 8/1/2001 | Rent - August | $1,500.00 | - | $1,500.00 |
| 8/2/2001 | Payment | - | $1,500.00 | $0.00 |
| 9/1/2001 | Rent - September | $1,500.00 | - | $1,500.00 |
| 9/6/2001 | Payment | - | $1,500.00 | $0.00 |
| 10/1/2001 | Rent - October | $1,500.00 | - | $1,500.00 |
| 10/1/2001 | Payment | - | $1,500.00 | $0.00 |
| 11/1/2001 | Rent - November | $1,500.00 | - | $1,500.00 |

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 12/1/2001 | Rent - December | | $1,500.00 | $0.00 |
| 12/1/2001 | Payment - Rent | $1,500.00 | | |
| 1/1/2002 | Rent - January | | $1,500.00 | $0.00 |
| 1/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 2/1/2002 | Rent - February | | $1,500.00 | $0.00 |
| 2/1/2002 | Payment | $1,500.00 | | $1,500.00 |
| 3/1/2002 | Rent - March | | $1,500.00 | $0.00 |
| 3/4/2002 | Payment | $1,500.00 | | $1,500.00 |
| 4/1/2002 | Rent - April | | $1,500.00 | $0.00 |
| 4/1/2002 | Payment | $1,500.00 | | $1,500.00 |
| 5/1/2002 | Rent - May | | $1,500.00 | $0.00 |
| 5/1/2002 | Payment | $1,500.00 | | $1,500.00 |
| 6/1/2002 | Rent - June | | $1,500.00 | $0.00 |
| 6/4/2002 | Payment | $1,500.00 | | $1,500.00 |
| 7/1/2002 | Rent - July | | $1,500.00 | $0.00 |
| 7/6/2002 | Payment | $1,500.00 | | $1,500.00 |
| 8/1/2002 | Rent - August | | $1,500.00 | $0.00 |
| 8/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 9/1/2002 | Rent - September | | $1,500.00 | $0.00 |
| 9/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 10/1/2002 | Rent - October | | $1,500.00 | $0.00 |
| 10/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 11/1/2002 | Rent - November | | $1,500.00 | $0.00 |
| 11/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 12/1/2002 | Rent - December | | $1,500.00 | $0.00 |
| 12/1/2002 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 1/1/2003 | Rent - January | | $1,500.00 | $0.00 |
| 1/1/2003 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 2/1/2003 | Rent - February | | $1,500.00 | $0.00 |
| 2/1/2003 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 3/1/2003 | Rent - March | | $1,500.00 | $0.00 |
| 3/1/2003 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 4/1/2003 | Rent - April | | $1,500.00 | $0.00 |
| 4/1/2003 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 5/1/2003 | Rent - May | | $1,500.00 | $0.00 |
| 5/1/2003 | Payment - Rent | $1,500.00 | | $1,500.00 |
| 6/1/2003 | Rent - June (rent reduction to market and prorated rent for m/o) | $597.49 | | $597.49 |
| 6/6/2003 | Late Fee (waived per Gary) | $0.00 | | $597.49 |
| 6/12/2003 | Payment - Rent (check #4842) | | $597.49 | $0.00 |
| 6/16/2003 | Rent - June (extend stay to end of June.) | $597.51 | | $597.51 |
| 6/20/2003 | Payment - Rent (check #344) | | $597.51 | $0.00 |
| 7/1/2003 | Rent - July (7/1 - 7/15) | $597.50 | | $597.50 |
| 7/5/2003 | Payment - Rent (check #4873) | | $597.43 | $0.07 |
| 7/15/2003 | Rent - July | $597.50 | | $597.57 |
| 7/22/2003 | Payment - Rent (check #358) | | $597.57 | $0.00 |

Terms of Service
© 2001-2003 On-Site Manager, Inc.
All rights reserved.

7/25/2003

Exhibit (5)



## OFFICIAL NOTICE

INDUSTRIAL WELFARE COMMISSION
ORDER NO. 5-2001
REGULATING
WAGES, HOURS AND WORKING CONDITIONS IN THE

# PUBLIC HOUSEKEEPING INDUSTRY

*Effective January 1, 2001 as amended*

This Order Must Be Posted Where Employees Can Read It Easily

Employers should post this notice as they would a calendar, opening it to display the title and official text, and allowing other pages to hang loose for reference and ease of reading.

## 10. MEALS AND LODGING

(A) "Meal" means an adequate, well-balanced serving of a variety of wholesome, nutritious foods.

(B) "Lodging" means living accommodations available to the employee for full-time occupancy which are adequate, decent, and sanitary according to usual and customary standards. Employees shall not be required to share a bed.

(C) Meals or lodging may not be credited against the minimum wage without a voluntary written agreement between the employer and the employee. When credit for meals or lodging is used to meet part of the employer's minimum wage obligation, the amounts so credited may not be more than the following:

|  | Effective<br>January 1, 2001 | Effective<br>January 1, 2002 |
|---|---|---|
| Lodging: |  |  |
| Room occupied alone . . . . . | $29.40 per week | $31.75 per week |
| Room shared . . . . . . . . . | $24.25 per week | $26.20 per week |
| Apartment—two-thirds (2/3)<br>of the ordinary rental value,<br>and in no event more than . . . | $352.95 per month | $381.20 per month |
| Where a couple are both<br>employed by the employer,<br>two-thirds (2/3) of the<br>ordinary rental value, and in<br>no event more than . . . . . . | $522.10 per month | $563.90 per month |
| Meals: |  |  |
| Breakfast . . . . . . . . . . . . . | $2.25 | $2.45 |
| Lunch . . . . . . . . . . . . . . . | $3.10 | $3.35 |
| Dinner . . . . . . . . . . . . . . . | $4.15 | $4.50 |

(D) Meals evaluated as part of the minimum wage must be bona fide meals consistent with the employee's work shift. Deductions shall not be made for meals not received or lodging not used.

(E) If, as a condition of employment, the employee must live at the place of employment or occupy quarters owned or under the control of the employer, then the employer may not charge rent in excess of the values listed herein.

Info Center

FREE ARTICLES

# RESIDENT MANAGER COMPENSATION LAWS IN CALIFORNIA

© Copyright 2000-2001 Landlord.com

*Exhibit 6*

Compensation of all resident managers in California is subject to the Industrial Welfare Commission's order 11050, Order Regulating Wages, Hours, and Working Conditions in the Public Housekeeping Industry.

A full reading of the order itself, which can be reached through the foregoing link, is recommended.

The order makes the resident manager subject to the same minimum wage and overtime rules as all other non-exempt employees in the State.  In addition, and most importantly, it limits the amount of compensation which can be offset by the occupancy of the managers rental unit, and the total amount of rent which can be charged for the unit, as, for example, in the case of a part time assistant manager.  As of March, 1998, the total of such offset is as follows:

1.  Room occupied alone $27.05 per week

2. Room shared with another employee $22.30 per week

3. Apartment occupied by one employee with or without co-occupants not employed by landlord: 2/3 of the ordinary rental value not to exceed $324.70 per month.

4. Apartment occupied by couple, both employed by landlord, 2/3 of ordinary rental value, not to exceed $430.20 per month.

Sponsors





Resources





Related Articles

Books

If the employee must reside on the premises as a condition of employment (as a resident manager must) the landlord may not charge rent aggregating more than the amounts stated above.

The charges against compensation listed above can only be taken if there is an agreement in writing to that effect between the employer and employee. In other words, no charge may be made against the wages of the resident manager if he is employed on an informal, oral contract, or if his written contract does not provide for a portion of his compensation to be in the form of the rental unit.

Should the landlord fail to comply, an aggrieved former or present resident manager could sue for all unpaid wages, including overtime and credit taken for rental value of the managers unit, a one month "waiting time" penalty, interest, court costs and attorney fees. Considering that the cost, if a disgruntled employee sues, could amount to the tens of thousands of dollars, compliance is a must.



**Order Now**



**Leases**
**Rental**
**Agreements**



**Order Now**

*Related Forms*

*Related Links*

*Other Resources*

Back To Alphabetical                Back To Category

© Copyright 2000 Landlord.com
Contact: customercare@landlord.com