**E-filed 3/3/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SANDRA K. BEAUCHAMP, | Case Number C-08-972-JF |
| Plaintiff, | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
| v. | |
| TOM HARRINGTON, | |
| Defendants. | |

Upon review of the case file in this matter, and at the recommendation of Magistrate Judge Patricia Trumbull (attached), this case is dismissed with leave to amend.

3/3/08

_____
JEREMY FOGEL
United States District Judge

ORDER DISMISSING THE CASE WITH LEAVE TO AMEND
(JFLC2)

1

2

3  Copies of this order were mailed to the following parties on March 4, 2008:

4  Sandra Beauchamp
P.O. Box 112353
Campbell, CA 95011

5

6  Tom Harrington
Harrington Properties Management
105 Fremont Ave., Ste. B

7  Los Altos, CA 04-22

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

(JFLC2)