**\*\*E-filed 3/6/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

SANDRA K. BEAUCHAMP,

                        No. C-08-972-JF

    Plaintiff,

     v.                       Clerks's Notice

TOM HARRINGTON,

    Defendant.
_____

To: All Counsel and Parties in the above named action.

The Court Dismissed this matter with leave to Amend the Complaint. The plaintiff is directed to file an Amended Complaint on or before April 10, 2008. A Status Conference has been scheduled for Friday, April 18, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 3/6/08                      For the Court,
                                   Richard W. Wieking, Clerk

                                   Diana Munz
                                   electronic signature
                                   Courtroom Deputy

1  Copies sent to the following parties on March 7, 2008:

2  Sandra Beauchamp
   P.O. Box 112353
3  Campbell, CA 95011

4  Tom Harrington
   Harrington Properties Management
5  105 Fremont Ave., Ste. B
   Los Altos, CA 94022

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28