**E-Filed 04/02/2008**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SANDRA BEAUCHAMP, | Case Number C 08-00972 JF/PVT |
| Plaintiff, | |
| | ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| TOM HARRINGTON, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fee necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Plaintiff states that during the last 12 month period she has earned an income of approximately $844.00 per month through Social Security. Plaintiff indicates that she owns a vehicle, has a bank account with a balance of $131.00 and possesses $64.00 in cash. Plaintiff further contends that she has more than $1,100.00 in monthly living expenses (rent and food) and car payments. In light of these debts

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 08-00972
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX3)

1  and assets, the Court is satisfied that Plaintiff is unable to pay the filing fee necessary to pursue

2  this action.  Accordingly, Plaintiff's application to proceed *in forma pauperis* is GRANTED.

3  IT IS SO ORDERED.

4

5  DATED: April 2, 2008

6

7  _____

   JEREMY FOGEL
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order has been served upon the following persons:

2    Sandra K Beauchamp
     POB 112353
3    Campbell, CA 95011

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-00972
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX3)