# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 18, 2008
**Case Number:** CV-08-972-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **SANDRA BEAUCHAMP   V.   TOM HARRINGTON**

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| **Attorneys Present:** Sandra Beauchamp, Pro se | **Attorneys Present:** |

PROCEEDINGS:

    Case management conference held.  Plaintiff is present.  Continued to 5/16/08 at 10:30 a.m. for further case management conference.