# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**

Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                              Time in Court: 3 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:**   Sandra Beauchamp v. Harrington
**CASE NUMBER**: C08-00972JF
Plaintiff Attorney present: Sandra Beauchamp in pro se
Defendant Attorney present:

---

**PROCEEDINGS:**   FurtherCase Management Conference


Defendants have not been served yet.  Marshal to serve.


Further Case Management Conference scheduled for July 18, 2008 at 10:30 a.m.