# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SANDRA K. BEAUCHAMP | C08-0972 JF |
| DEFENDANT | TYPE OF PROCESS |
| TOM HARRINGTON, ET AL | SEE BELOW |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOAN HEALY  THE SENIOR DEPUTY LABOR COMMISSIONER OFFICER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
STATE OF CA DEPARTMENT OF INDUSTRIAL RELATIONS
100 PASEO DE SAN ANTONIO, STE 120  SAN JOSE, CA 95113

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SANDRA K. BEAUCHAMP
PO BOX 112353
CAMPBELL, CA 95011

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. FIRST AMENDED COMPLAINT
3. SECOND AMENDED COMPLAINT
4. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:  
GORDANA MACIC  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 6/10/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Date: 6/18/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

Date of Service: 6/19/08   Time: 900 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45 | |

REMARKS:

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| SANDRA K. BEAUCHAMP ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-00972 JF |
| TOM HARRINGTON, ET AL. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Joan Healy
The Senior Deputy Labor Commissioner Officer
State of CA Department of Industrial Relations
100 Paseo de San Antonio, Ste 120
San Jose, CA 95113

A lawsuit has been filed against you.

 Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Sandra K. Beauchamp
PO Box 112353
Campbell, CA 95011


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                    Richard W. Wieking
                                                                    Name of clerk of court

Date:  June 10, 2008
                                                                    *signature*
                                                                    Deputy clerk's signature


EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __6/19/08__,
by:

(1) personally delivering a copy of each to the individual at this place, __AS STATED__ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __6/19/08__                                          _____
                                                            Server's signature

                                                      __K. LEONG / D USM__
                                                         Printed name and title


                                                      __USMS   S. JOSE, CA__
                                                            Server's address


EXECUTED