1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

| **SANDRA K. BEAUCHAMP,** | 5:08-cv-00972-JF |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **TOM HARRINGTON, et al.,** | |
| Defendants. | |

The motion to dismiss by defendant Edmund G. Brown Jr., Attorney General of the State of California, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) came on regularly for hearing on September 12, 2008, in courtroom 3 of the above-entitled Court, Judge Jeremy Fogel presiding.  After reviewing the moving, opposition, and reply papers, and all supporting documents, and considering the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the motion to dismiss is granted and plaintiff's complaint, in its entirety, is dismissed with prejudice.

///
///

[Proposed] Order - *Beauchamp v. Harrington* - Case No. 5:08-cv-00972-JF

1

1  **SO ORDERED**

3  Dated: _____    _____
                                              JEREMY FOGEL
                                              United States District Judge

[Proposed] Order - *Beauchamp v. Harrington* - Case No. 5:08-cv-00972-JF

2