**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Servando Sandoval, Esq.** (State Bar No. 205339)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendant
THOMAS HARRINGTON, GARY LEITH and
JANNA M. ERICKSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SANDRA K. BEAUCHAMP,

Plaintiff,

v.

HONORABLE EDMOND G. BROWN JR., in his official capacity as Attorney General of the State of California; JOAN HEALY, in her official capacity of Senior Deputy Commissioner and MONICA RESENDEZ, in her official capacity as desk clerk of the Labor Standards Commission for San Jose, California; THOMAS E. HARRINGTON, Trustee of the Thomas E. Harrington Trust dated 3/6/90, dba The Greenery Apartments; GARY LEITH, in his official capacity for The Greenery Apartments and JANNA M. ERICKSON, in her official capacity for The Greenery Apartments,

Defendants.

Case No. C08-00972 JF/JF/PVT

**ANSWER OF DEFENDANTS THOMAS HARRINGTON, GARY LEITH AND JANNA M. ERICKSON TO PLAINTIFF'S COMPLAINT**

Defendants THOMAS E. HARRINGTON, GARY LEITH and JANNA M. ERICKSON (hereinafter referred to collectively as "Defendants") hereby answer the Complaint of Plaintiff SANDRA K. BEAUCHAMP ("Plaintiff") as follows:

In answering Plaintiff's Complaint, Defendants hereby state that Plaintiff's

Complaint is so vague and unintelligible such that Defendants are unable to address each of the specific allegations contained in Plaintiff's Complaint. Defendants admit that Plaintiff was an employee of Harrington Properties and that she was assigned to the Greenery Apartments. Defendants further admit that Plaintiff was terminated in July 2003. Defendants deny generally and specifically each and every remaining allegation and claim contained in Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

In further response to the Complaint, and as separate and distinct affirmative defenses, these answering Defendants allege as follows:

AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint, and each cause of action therein, fails to state facts sufficient to constitute any valid cause of action.

AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint is barred by the applicable statute of limitation, including but not limited to, those enumerated in California Code of Civil Procedure Sections 312 through 365, California Labor Code Section 203, and 29 U.S.C. § 255.

AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiff is barred due to the acts, conduct, and omissions of Plaintiff which constitute waiver.

AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiff is barred due to the acts, conduct, and omissions of Plaintiff which constitute estoppel.

AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiff is barred due to the acts, conduct, and omissions of Plaintiff which constitute laches.

AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiff is barred

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

due to the acts, conduct, and omissions of Plaintiff which constitute unclean hands.

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs had no probable cause for bringing any action against these answering Defendants.

AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint, and each cause of action thereof, are barred in whole or in part because Plaintiff has sustained no injury or damage by reason of acts or omissions of these Defendants.

AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's causes of action are barred in that Plaintiff did not suffer emotional distress to such substantial quantity or induced quality that no reasonable man in a civilized society should be expected to endure.

AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint violates Defendants' right to protection from excessive fines as provided in the Eighth Amendment to the U.S. Constitution and Article I, Section 6 of the Constitution of the State of California and therefore fails to state a cause of action upon which punitive or exemplary damages may be awarded.

AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint violates Defendants' right to due process as provided in the Fifth and Fourteenth Amendments to the U.S. Constitution and Article I, Section 13 of the Constitution of the State of California and therefore fails to state a cause of action upon which punitive or exemplary damages may be awarded.

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the punitive damages sought by Plaintiff is barred because there is no allegation of sufficient facts to warrant an award of punitive damages.

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the Plaintiff's Complaint and each cause of action contained therein, is barred in that any and all conduct by Defendants about which Plaintiff complains was a just and proper exercise of management discretion justified by legitimate nondiscriminatory business purpose or necessity regulated by good faith under the circumstances then existing and carried out in a reasonable manner.

AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that the Complaint, and each cause of action contained therein, is barred in that any and all conduct about which Plaintiff complains was taken for legitimate, nondiscriminatory reasons not prohibited by law.

AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that Plaintiff's Complaint, and each cause of action contained therein, is barred, in whole or in part, in that any legally recoverable damages suffered by Plaintiff, if any, were not proximately caused by any act or omission of Defendants.

AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that jurisdiction is not proper in this Court because Plaintiff has not alleged a proper cause of action sufficient for jurisdiction in federal court.

AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that at no time did these answering Defendants intend that Plaintiff suffer any type of injury, physical or emotional, as is alleged in the Complaint.

AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that at no time did these answering Defendants, through their conduct or omissions, cause any injury, physical or emotional, to Plaintiff as is alleged in the Complaint.

AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

DEFENSE, these answering Defendants state that Plaintiff's Demand, and each claim stated therein, is improper as against these Defendants because they are improper party defendants wrongly joined in this action.

AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that Plaintiff had no probable cause for bringing any action against Defendants.

AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that with regard to Plaintiff's Prayer for Relief, Defendants deny that such relief is either appropriate or justified in the circumstances of this case.

AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants state that they presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available. Defendants reserve herein the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

WHEREFORE, Defendants THOMAS HARRINGTON, GARY LEITH and JANNA M. ERICKSON, pray as follows:

1. That Plaintiffs take nothing by way of her Complaint and that the Complaint be dismissed in its entirety with prejudice;

2. For cost of suit incurred herein, including attorneys' fees as appropriate; and

3. For such other and further relief as the court deems just and proper.

DATED:July 11, 2008

PAHL & MCCAY
A Professional Corporation

By:____________________
Servando R. Sandoval

Attorneys for Defendants
THOMAS E. HARRINGTON, GARY LEITH and JANNA M. ERICKSON

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

Beauchamp v. Brown, et al.
U.S. District Court Case No. C08-00972 JF/PVT

## PROOF OF SERVICE

State of California )
) ss
County of Santa Clara )

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1700. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

***ANSWER OF DEFENDANTS THOMAS HARRINGTON, GARY LIETH AND JANNA M. ERICKSON TO PLAINTIFF'S COMPLIANT***

on the Addressee(s) below named in said action by:

[X] First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ] Express Mail Delivery.

[ ] Facsimile at the fax numbers shown after each name below.

[ ] By Personal Delivery.

[ ] By Federal Express.

**Addressee(s):**

Sandra Beauchamp
P.O. Box 112353
Campbell, CA 95011

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on July 14, 2008 at San Jose, California.

Andrea R. Anderson

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100