UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, July 18, 2008
**Case Number:** CV-08-972-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         SANDRA BEAUCHAMP   V.   TOM HARRINGTON

PLAINTIFF                                   DEFENDANT

Attorneys Present: Sandra Beauchamp, Pro se      Attorneys Present: Ginger Sotelo for Harrington, Leith and Erickson

PROCEEDINGS:

Further case management conference held.  Parties are present.  Continued to 8/15/08 at 10:30 a.m. for further case management conference.