Sandra K. Beauchamp
P.O. Box 112353
Campbell, California 95011

RECEIVED
2008 AUG 13 PM 1:58
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDRA K. BEAUCHAMP | No. C-08-972-JF |
| Plaintiff, | |
| v. | {PROPOSED} ORDER<br>MOTION TO TRIAL |
| EDMUND G. BROWN JR.,<br>in his official capacity as Attorney<br>General of the State of California;<br>JOAN HEALY, in her official capacity<br>as Senior Deputy Commissioner and<br>MONICA RESENDES, in her official<br>capacity as desk clerk of the<br>Labor standards Commission for<br>San Jose, California;<br>THOMAS E. HARRINGTON, Trustee<br>of the Thomas E. Harrington Trust<br>dated 3/6/90, dba The Greenery Apartments;<br>GARY LEITH, in his official capacity for<br>The Greenery Apartments and<br>JANNA M. ERICKSON, in her official<br>capacity for The Greenery Apartments. | |
| Defendants, | |

**Pleading – plain statement**
Federal R. Civ. P. 8(a)(2) requires only a short and plain statement of a claim showing that the pleader is entitled to relief, in order to give a defendant fair notice of what the claim is and the grounds upon which it rests. *(Souter, J., joined by Roberts, Ch. J., and Scalia, Kennedy, Thomas, Breyer, and Alito, JJ.)*

This case presents the antecedent question of what a plaintiff must plead in order to state a claim, "a short and plain statement of the claim showing that the pleader is entitled to relief," "give the defendant fair notice of what the ...claim is and the grounds up which it rests," *Conley v. Gibson, 355 U.S. 41, 47, 78 S. Ct. 99, 2 L. Ed. 2d 80 (1957).*

While a complaint attacked by a Rule 12 (b) (6) motion to dismiss does not need detailed factual allegations, *ibid,; Sanjuan v. American Bd. of Psychiatry and Neurology, Inc. 40 F.3d 247, 251 (CA7 1994),* a plaintiffs obligation to provide the "grounds" of his "entitlement to relief" requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do, see *Papasan v. Allain, 478 U.S. 265, 286, 106 S. Ct. 2932, 92 L. Ed. 2d 209 (1986)* (on a motion to dismiss, courts "are not bound to accept as true a legal conclusion couched as a factual allegation"). Factual allegations must be enough to raise a right to relief above the speculative level, see *5 C. Wright & A. Miller, Federal Practice and Procedure &1216,, 235-236 (3d ed. 2004)*

The potential for "sprawling, costly, and hugely time-consuming" discovery, ante, at -, n6, *167L. Ed. 2d, at 943,* is no reason tothrow the baby out with the bathwater. The Court vastly understimates a district court's case-management arsenal. Before discovery even begins, the court may grant a defendant's Rule 12(e) motion; Rule 7(a) permits a trial court to order a plaintiff to reply to a defendant's answer, see *Crawford-El v. Britton, 523 U.S. 574, 598, 118 S. Ct. 1584, 140 L. Ed. 2nd 759 (1998);* and Rule 23 requires "rigorous analysis" to ensure that class certification is appropriate, *General Telephone Co. of Southest v. Falcon, 457 U.S. 147, 160, 102 S. Ct. 2364, 72 L. Ed. 2d 740 (1982)*

Rule 16 invests a trial judge with the power, backed by sanctions, to regulate pretrial proceedings via conferences and scheduling orders, at which the parties may discuss, *inter alia.*

Figure 1.

### United States Legislature
House of Representatives & U.S. Senate

Civil Code 1182.8 founded in
1907 Burk's Law
Supreme Court

HUD
Housing and Urban Development
Founded 1956

### State of California Legislature
Founded in 1912

The Attorney General – The Attorney General is the Chief law enforcement officer of the state and is elected at the same time and places as the Governor for a maximum of two four-year terms.

It is also the duty of the Attorney General to issue opinions on question of law, in writing, to the Legislature, and when required by their respective offices He or She serves as legal adviser to all the state departments, as well as other important state boars and commissions.

The Commissioner
is appointed by the
State Legislature.

The State of California
Department of Industrial Relations
Division of Labor Standards ENFORCEMENT

CAA

TRI-Counties Apartment Association

Project Sentinal

**Proposed Voir Dire questions**
A preliminary examination to determine the competency of a witness or juror.

**JURORS**
Plaintiff request of the Honorable Judge Jeremy Fogel that the jurors are of ordinary citizens.
1. Not former or engaged in any type of real property management, maintenance, apartment managers, rental agents, owners of property management companies or owners of any multi-family residents of any kind.
2. Not former or presently ingaged in or with California Apartment Association, Tri-Counties Apartment Association, or an Apartment Association of any kind. Nor should the juror be involved or connected to any HUD Housing and Urban Development, Project Sentinal or Housing Authority of any kind.
3. Nor shall the juror be involved in Multi-Housing Development i.e. Sobrato Housing Development.
4. Nor shall the juror be related to involved in any law agency regarding real estate law, Bar Association of any kind.

A list of the Plaintiff's juror questions are not limited too but will be completed prior to pretrial conference.
JURORS QUESTIONS:
1. Are you a home owner or do you rent your present residence?
    If the jurors answer is no; I live at home, I don't pay rent I request the juror to be dismissed.
2. If the juror rents his/her residents my question is; did you receive a residential contractual agreement?
3. Juror are you familiar with your rental agreement or mortgage agreement? Can you tell the Court what your agreement says regarding <u>Change in terms or Policy</u>? Juror, can you recall the number of days the owner/lender/rental agency has to give you regarding a change in terms?
4. How long have you held this particular mortgage/rental agreement?

5. Juror, when was the last time your mortgage or rental agreement was changed and did you initiate the change because your lease was up or you were refinancing your home?

The following is a partical list of persons I wish to depose, to support my case, are persons that all adhere to the 1182.8 and can elaborate and support of why the 1182.8 is a good law and would agree to the expansion of language and education for several reasons. The following persons have been or are at present owners/operators of management companies. These persons can attest to the difficulty in holding a property to manage due to the lack of education of the owner on the 1182.8.

1. Earl Sobrato of The Sobrato Foundation
2. Jim Hagen of The Property Management Company
    former employer
3. Guy Strange retired, former employer
4. Linda Rutledge of Laughton Properties, former employer

1  These and many other owner/operators of management companies would love the owners
2  of multi-family properties to come to them all ready versed in the 1182.8.

3  In order for change all concerned HUD, The Commissioners Office, Departments of Fair
   Employment IWC, California Apartment Association and Tri-Counties Apartment
4  Association then only the following can happen; "The Law grows with the growth, and
5  strengthens with the strength, of the people, and finally dies away as the nation loses its
   nationality" (comes into harmony, all knowing and abiding with the same truths; my
6  interputation from a quote Jurisprudence made by Fredrich Carl von Savigny).

*Sandra Beauchamp*    8/13/08