UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-08-972-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        **SANDRA BEAUCHAMP   V.  TOM HARRINGTON**

**PLAINTIFF**                                **DEFENDANT**

**Attorneys Present:  Sandra Beauchamp, Pro se**        **Attorneys Present:  Servando Sandoval for Harrington, Leith and Erickson, Ross Moody for Brown**

PROCEEDINGS:
    Further case management conference held.  Parties are present.  The Court deems plaintiff's motion to trial her opposition to the motion to dismiss.  Continued to 9/12/08 at 9:00 a.m. for further case management conference, to be heard with the motion.