1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  ROSS C. MOODY, State Bar No. 142541
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-1376
    Fax:  (415) 703-1234
7   Email:  Ross.Moody@doj.ca.gov

8  Attorneys for Defendant Attorney General
   Edmund G. Brown Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SANDRA K. BEAUCHAMP,** | 5:08-cv-00972-JF |
| Plaintiff, | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** |
| **v.** | |
| **TOM HARRINGTON, et al.,** | Date:  September 12, 2008<br>Time:  9:00 a.m.<br>Courtroom:   3, Fifth Floor<br>Judge:  The Hon. Jeremy Fogel |
| Defendants. | |

**PLAINTIFF'S OPPOSITION FAILS TO RESPOND TO THE MOVING PAPERS, AND DISMISSAL IS REQUIRED**

On February 15, 2008, Plaintiff Sandra Beauchamp filed this action, alleging a violation of state law. Proceeding in pro se, she alleges that her civil rights were violated because she was improperly fired from her job as an apartment manager without having been informed of her rights under California's Labor Code. Because the only statute Beauchamp cites and relies upon is California Labor Code section 1182.8, and because she makes no substantive allegations against him, defendant Attorney General Edmund Brown Jr. brought this motion pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6). At the Case Management Conference held on August 15, 2008, Plaintiff asked the Court to deem her "Proposed Order Motion to Trial" filed August 13, 2008 as an opposition to the pending motion to dismiss.

Beauchamp's opposition is focused exclusively on her requests for how a trial in this case would be conducted, and fails to provide any basis for denying the pending motion. This Court must presume a lack of jurisdiction if no proof of jurisdiction has been provided by the plaintiff. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1944). The Court lacks subject matter jurisdiction because Beauchamp has not presented the Court with a controversy that would invoke federal review.

In this case, Beauchamp has already received notice and an opportunity to amend the complaint, but has failed in either her first or second amended complaints to assert a basis for federal jurisdiction. See *Lopez v. Smith*, 203 F.3d 1122, 1127-28 (9th Cir.2000) (en banc) (A pro se litigant is entitled to an oppportunity to amend before dismissal.) Since Beauchamp continues only to allege violations of state law, despite her opportunity to amend and assistance from this Court, her complaint should now be dismissed without leave to amend.

Moreover, as demonstrated in the moving papers, the allegations against the Attorney General do not qualify for any exception to the immunity afforded the state by the Eleventh Amendment. The opposition fails to rebut the Eleventh Amendment argument, and this is an

Reply Memorandum of Points and Authorities in Support of Motion to Dismiss - *Beauchamp v. Harrington, et al.*
5:08-cv-00972-JF

2

independent reason for dismissal of the case.

**CONCLUSION**

The second amended complaint should be dismissed without leave to amend because this Court lacks subject matter jurisdiction, and the complaint fails to state a claim upon which relief can be granted.

Dated: August 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

/s/ Ross C. Moody

ROSS C. MOODY
Deputy Attorney General

Attorneys for Defendant Attorney General
Edmund G. Brown Jr.

20136430.wpd
SA2008303522

Reply Memorandum of Points and Authorities in Support of Motion to Dismiss - *Beauchamp v. Harrington, et al.*
5:08-cv-00972-JF

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Sandra K. Beauchamp v. Tom Harrington, et al.**

No.:   **5:08-cv-00972-JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 28, 2008</u>, I served the attached

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Sandra K. Beauchamp
P. O. Box 112353
Campbell, CA 95011**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2008, at San Francisco, California.

|  J. Wong  |  /s/ J. Wong  |
|---|---|
| Declarant | Signature |

20137207.wpd