1

2                                                                 **E-Filed 9/12/08**

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   SANDRA K. BEAUCHAMP,                    Case Number C 08-0972 JF (PVT)

12                    Plaintiff,              ORDER[1] GRANTING MOTION TO
                                              DISMISS WITHOUT LEAVE TO
13          v.                                AMEND

14   THOMAS E. HARRINGTON, et al.,            [re:  doc. no. 26]

15                    Defendants.

16

17

18          Defendant Attorney General Edmund G. Brown, Jr. moves to dismiss Plaintiff Sandra

19   Beauchamp's Second Amended Complaint ("SAC") for lack of subject matter jurisdiction

20   pursuant to Fed. R. Civ. P. 12(b)(1).[2]  Plaintiff, proceeding *pro se*, alleges that her civil rights

21   
22   were terminated from her job as an apartment manager.  Plaintiff alleges

23

24          [1] This disposition is not designated for publication in the official reports.

25          [2] Three other Defendants (Thomas Harrington, Gary Leith and Janna Erickson) have filed
26   a request to join this motion.  These three Defendants are allegedly employed by the owner of the
     apartment complex in question.  The two remaining Defendants (Joan Healy and Monica
27   Resendez) appear to be employees of California's Labor Standards Commission and are named
     in their "official capacity."  The Court will consider the present motion as applying to all
28   Defendants.

     Case No. C 08-0972 JF (PVT)
     ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
     (JFLC1)

specifically that her termination violated California Labor Code § 1182.8.  Plaintiff also alleges

that the California Labor Standards Commission failed to instruct her properly as to her rights

under California Labor Code § 1182.8.

Plaintiff filed her original complaint on February 15, 2008.  Subsequently, on February

22, 2008, Magistrate Judge Patricia V. Trumbull dismissed the claims for lack of subject matter

jurisdiction, with leave to amend.  In her order, Judge Trumbull specifically advised Plaintiff that

"[i]n order for the federal court to have jurisdiction over the matter, plaintiff may allege, *inter*

*alia*, violations of the Fair Labor Standards Act."  Order at 2, Feb. 22, 2008.  Notwithstanding

this guidance, Plaintiff still has failed to allege any claim involving a federal question.  The

caption of the SAC contains a reference to "FAIR LABOR STANDARDS ACT," but otherwise

the document contains no reference to any federal statute or right.

A *pro se* litigant is entitled to notice and opportunity to amend her complaint before

dismissal.  *Lopez v. Smith*, 203 F.3d 1122, 1130-31 (9th Cir. 2000).  Plaintiff has received such

an opportunity to amend, and at oral argument she conceded that her claims involve what she

perceives as inadequate protections for people in her situation under California law.  The Court

concludes that it lacks subject matter jurisdiction.  Accordingly, IT IS HEREBY ORDERED that

Plaintiff's Second Amended Complaint is DISMISSED as to all Defendants, without leave to

amend.

DATED: September 12, 2008

_____
JEREMY FOGEL
United States District Court

2

1  This Order has been served upon the following persons:

2  Ross Charles Moody     ross.moody@doj.ca.gov, DocketingSFAWT@doj.ca.gov,
   janet.wong@doj.ca.gov

3

   Servando R. Sandoval     ssandoval@pahl-mccay.com
4

   Sandra K Beauchamp
5  PO Box 112353
   Campbell, CA 95011

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-0972 JF (PVT)
ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC1)