**E-Filed 9/12/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA K. BEAUCHAMP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS E. HARRINGTON, et al.,<br><br>　　　　　Defendants. | Case Number C 08-0972 JF (PVT)<br><br>JUDGMENT |

Defendants' motion to dismiss without leave to amend having been granted, IT IS HEREBY ORDERED that judgment is entered for all Defendants.

The Clerk of the Court shall close the file.

DATED: September 12, 2008

_____
JEREMY FOGEL
United States District Court

Case No. C 08-0972 JF (PVT)
JUDGMENT
(JFLC1)

This Judgment has been served upon the following persons:

Ross Charles Moody    ross.moody@doj.ca.gov, DocketingSFAWT@doj.ca.gov, janet.wong@doj.ca.gov

Servando R. Sandoval    ssandoval@pahl-mccay.com

Sandra K Beauchamp
PO Box 112353
Campbell, CA 95011